(V. D. 8)

AMERICAN THERMO-WARE COMPANY v. UNITED STATES

Entry Nos. 715891; 845385.

(Decided July 8, 1954)

*Walter Auster* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *American Thermo-Ware Company* v. *United States*, 32 Cust. Ct. 458, Abstract 58006. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

(485)

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 215758–K/6010–53 | 715891 | 1 lot containing 35 pairs 6 x 35 binoculars with cases | |
| | | Binoculars | 14. 75 |
| | | Carrying cases | 1. 25 |
| | | 1 lot containing 20 pairs 8 x 40 binoculars with cases | |
| | | Binoculars | 17. 50 |
| | | Carrying cases | 1. 50 |
| 220873–K/9300–53 | 845385 | 1 lot containing 75 pairs 7 x 50 binoculars with cases | |
| | | Binoculars | 12. 50 |
| | | Carrying cases | 2. 00 |
| | | | net packed |